Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., | Case No.: C10-3515 SI |
|---|---|
| Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | Date:     December 16, 2010<br>Time:     2:30 p.m.<br>Location: Courtroom 10, 19th Floor<br>              450 Golden Gate Avenue<br>              San Francisco, California<br>Judge:    The Honorable Susan Illston |
| VANDERHAVE FLOORING, a California partnership; RALPH LEE VANDERHAVE, partner; and CHRISTIAN LEE VANDERHAVE, partner, | |
| Defendants. | |

Plaintiffs herein respectfully request a Continuance of the Case Management Conference currently on calendar for December 16, 2010 at 2:30 p.m.

1. As the Court is aware, on October 5, 2010, default was entered against Defendants in this matter.

2. Plaintiffs are in the process of preparing a Motion for Default Judgment, which Plaintiffs anticipate filing with the Court within the next four to five weeks. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for December 16, 2010, be continued for ninety (90) days to allow disposition of the Motion.

/ / /

/ / /

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C10-3515 SI

3. There are no issues that need to be addressed at the currently scheduled conference.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and if called upon to testify, I could competently testify thereto.

Executed this 8th day of December, 2010, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION


_____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

**IT IS SO ORDERED:**

The Case Management Conference in this matter shall be continued to \_\_\_March 18, 2011_____2010 at 2:30 p.m., and all other previously set dates shall be vacated, and reset at that time as necessary.

Dated: _____   _____
UNITED STATES DISTRICT COURT JUDGE

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California.  I am over the age of eighteen and not a party to this action.  My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On December 8, 2010, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by <u>First Class U.S. Mail</u> by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

| | |
|---|---|
| **Vanderhave Flooring**<br>**469 Moffat Boulevard, Suite E**<br>**Manteca, California 95336** | **Ralph Lee Vanderhave**<br>**469 Moffat Boulevard, Suite E**<br>**Manteca, California 95336** |
| **Christian Lee Vanderhave**<br>**469 Moffat Boulevard, Suite E**<br>**Manteca, California 95336** | |

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 8th day of December, 2010, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C10-3515 SI**

P:\CLIENTS\FLRCL\Vanderhave Flooring\Pleadings\C10-3515 SI - Request to Continue CMC 120710.doc