1  Muriel B. Kaplan, Esq. (SBN 124607)
   Michele R. Stafford, Esq. (SBN 172509)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   (415) 882-7900
4  (415) 882-9287 – Facsimile
   mkaplan@sjlawcorp.com
5  mstafford@sjlawcorp.com

6  Attorney for Plaintiffs

7

8

9

10              UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 12  DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE 13  TRUST FUND, et al., | Case No:  C10-3515 SI |
| 14      Plaintiffs, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;** |
| 15      v. | **[PROPOSED] ORDER THEREON** |
| 16  VANDERHAVE FLOORING, a California partnership; RALPH LEE VANDERHAVE, 17  partner; and CHRISTIAN LEE VANDERHAVE, partner, | Date:      March 18, 2011 Time:     2:30 p.m. Ctrm:     10, 19th Floor 18          Judge:    The Honorable Susan Illston |
| 19      Defendants. | |

20         Plaintiffs herein respectfully submit their Case Management Statement, requesting that the

21  Case Management Conference, currently on calendar for March 18, 2011, be continued for

22  approximately 60 days, pending Plaintiffs' filing their Motion for Default Judgment.

23         1.      As the Court's records will reflect, a Complaint was filed in this matter on August

24  11, 2010.

25         2.      Service on Defendants was effectuated on August 28, 2010, and a Proof of Service

26  of Summons was filed with the Court on August 30, 2010.

27         3.      On October 5, 2010, the Court entered the default of all Defendants.

28

-1-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT; [PROPOSED] ORDER THEREON**
**Case No.: C10-3515 SI**

1    4.    Plaintiffs have prepared a Motion for Default Judgment which they anticipate filing

2  with the Court within seven days.

3    5.    There are no issues that need to be addressed at the currently scheduled Case

4  Management Conference. In the interest of conserving costs as well as the Court's time and

5  resources, Plaintiffs respectfully request that the Case Management Conference, currently

6  scheduled for March 18, 2011, be vacated, or in the alternative be continued to either coincide

7  with the date to be set for the Motion or continued for 60 days to allow filing and disposition of

8  the Motion.

9    I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above

10  entitled action, and that the foregoing is true of my own knowledge.

11    Executed this 10th day of March, 2011, at San Francisco, California.

12              SALTZMAN & JOHNSON
              LAW CORPORATION

13

14         By:   /S/Michele R. Stafford
              Michele R. Stafford
15              Attorneys for Plaintiffs

16

IT IS SO ORDERED.

17

18    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
  Management Conference is hereby vacated.

19        or

20

21    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case
  Management Conference is hereby continued to __June 3, 2011_____. All related
  deadlines are extended accordingly.

22

23

24  Date: __3/15/11_____    _____
              THE HONORABLE SUSAN ILLSTON
25              UNITED STATES DISTRICT COURT JUDGE

26

27

28
                                    -2-
              REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;
              PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;
                    [PROPOSED] ORDER THEREON
                    Case No.: C10-3515 SI

1    <u>PROOF OF SERVICE</u>

2        I, the undersigned, declare:

3        I am a citizen of the United States and am employed in the County of San Francisco, State

4    of California.  I am over the age of eighteen and not a party to this action.  My business address is

5    44 Montgomery Street, Suite 2110, San Francisco, California 94104.

6        On March 10, 2011, I served the following document(s):

7        **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**
         **PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;**
8        **[PROPOSED] ORDER THEREON**

9    on the interested parties in said action by placing a true and exact copy of each document in a

10   sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San

11   Francisco, California, addressed as follows:

12       **Vanderhave Flooring**          **Ralph Lee Vanderhave**
         **469 Moffat Boulevard, Suite E**  **469 Moffat Boulevard, Suite E**
13       **Manteca, California 95336**     **Manteca, California 95336**

14       **Christian Lee Vanderhave**
         **469 Moffat Boulevard, Suite E**
15       **Manteca, California 95336**

16       I declare under penalty of perjury that the foregoing is true and correct and that this

17   declaration was executed on this 10th day of M arch, 2011, at San Francisco, California.

18

19

20       _____/S/_____
                      Vanessa de Fabrega

21

22

23

24

25

26

27

28
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**
**PLAINTIFFS' CASE MANAGEMENT CONFERENCE STATEMENT;**
**[PROPOSED] ORDER THEREON**
**Case No.: C10-3515 SI**
P:\CLIENTS\FLRCL\Vanderhave Flooring\Pleadings\C10-3515 SI CMC Continuance Request 031011.DOC