Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VANDERHAVE FLOORING, a California partnership; RALPH LEE VANDERHAVE, partner; and CHRISTIAN LEE VANDERHAVE, partner, <br><br> Defendants. | Case No.: C10-3515 SI <br><br> [~~PROPOSED~~] JUDGMENT |

    Defendants VANDERHAVE FLOORING, RALPH LEE VANDERHAVE, and CHRISTIAN LEE VANDERHAVE, having failed to plead or otherwise defend in this action and its default having been entered.

    Now, upon application of the Plaintiffs and upon declaration that Defendants have failed to provide contribution reports for the months of September 2009, and April 2010 through December 2010; that Defendants have been defaulted for failure to appear; that $22,657.42 has been found due for January 2009 through April 2009, September 2009, and April 2010 through January 2011 contributions, liquidated damages and interest, including liquidated damages incurred for the months of September 2008 through December 2008; and that attorneys fees of $6,260.50, and costs of $618.00, have been reasonably incurred; that Defendant VANDERHAVE FLOORING is

a Partnership and therefore not an infant, incompetent person, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act, and that RALPH LEE VANDERHAVE and CHRISTIAN LEE VANDERHAVE are not infants, incompetent persons, or in the military service of the United States or otherwise exempted under the Servicemembers Civil Relief Act;

It is hereby ORDERED, ADJUDGED AND DECREED that Defendants VANDERHAVE FLOORING, RALPH LEE VANDERHAVE, and CHRISTIAN LEE VANDERHAVE shall promptly pay to Plaintiffs all sums due and owing under the terms of the Collective Bargaining Agreement and Trust Agreements as amended and incorporated therein, as follows:

| *OWNER/MEMBER ACCOUNT NO.: 000000-622-001* | | | |
|---|---|---|---|
| January 2009 | Contributions | $2,115.43 | |
| | 20% Liquidated Damages | $423.09 | |
| | 5% Interest (through 3/10/11) | $213.86 | |
| | | | $2,752.38 |
| February 2009 | Contributions | $2,115.43 | |
| | 20% Liquidated Damages | $423.09 | |
| | 5% Interest (through 3/10/11) | $205.46 | |
| | | | $2,743.98 |
| March 2009 | Contribution Balance | $460.00 | |
| | 20% Liquidated Damages | $92.00 | |
| | 5% Interest (through 3/10/11) | $42.79 | |
| | | | $594.79 |
| April 2009 | Contributions | $1,195.43 | |
| | 20% Liquidated Damages | $239.09 | |
| | 5% Interest (through 3/10/11) | $106.11 | |
| | | | $1,540.63 |
| September 2009 | Contributions (est.) | $1,105.60 | |
| | 20% Liquidated Damages (est.) | $221.12 | |
| | 5% Interest (through 3/10/11) (est.) | $74.97 | |
| | | | $1,401.69 |
| April 2010 | Contributions (est.) | $1,105.60 | |
| | 20% Liquidated Damages (est.) | $221.12 | |
| | 5% Interest (through 3/10/11) (est.) | $42.86 | |
| | | | $1,369.58 |
| May 2010 | Contributions (est.) | $1,105.60 | |
| | 20% Liquidated Damages (est.) | $221.12 | |
| | 5% Interest (through 3/10/11) (est.) | $38.32 | |
| | | | $1,365.04 |
| June 2010 | Contributions (est.) | $1,105.60 | |
| | 20% Liquidated Damages (est.) | $221.12 | |

|  |  |  |  |
|---|---|---|---|
|  | 5% Interest (through 3/10/11) (est.) | $33.62 |  |
|  |  |  | $1,360.34 |
| July 2010 | Contributions (est.) | $1,105.60 |  |
|  | 20% Liquidated Damages (est.) | $221.12 |  |
|  | 5% Interest (through 3/10/11) (est.) | $28.93 |  |
|  |  |  | $1,355.65 |
| August 2010 | Contributions (est.) | $1,105.60 |  |
|  | 20% Liquidated Damages (est.) | $221.12 |  |
|  | 5% Interest (through 3/10/11) (est.) | $24.38 |  |
|  |  |  | $1,351.10 |
| September 2010 | Contributions (est.) | $1,105.60 |  |
|  | 20% Liquidated Damages (est.) | $221.12 |  |
|  | 5% Interest (through 3/10/11) (est.) | $19.69 |  |
|  |  |  | $1,346.41 |
| October 2010 | Contributions (est.) | $1,105.60 |  |
|  | 20% Liquidated Damages (est.) | $221.12 |  |
|  | 5% Interest (through 3/10/11) (est.) | $15.15 |  |
|  |  |  | $1,341.87 |
| November 2010 | Contributions (est.) | $1,105.60 |  |
|  | 20% Liquidated Damages (est.) | $221.12 |  |
|  | 5% Interest (through 3/10/11) (est.) | $10.45 |  |
|  |  |  | $1,337.17 |
| December 2010 | Contributions (est.) | $1,105.60 |  |
|  | 20% Liquidated Damages (est.) | $221.12 |  |
|  | 5% Interest (through 3/10/11) (est.) | $5.76 |  |
|  |  |  | $1,332.48 |
| January 2011 | Contributions (est.) | $1,105.60 |  |
|  | 20% Liquidated Damages (est.) | $221.12 |  |
|  | 5% Interest (through 3/10/11) (est.) | $1.51 |  |
|  |  |  | $1,328.23 |
| 10% Liquidated Damages on Previous Late-Paid Contributions (9/08 – 12/08) |  |  | $136.08 |
|  |  | **SUBTOTAL:** | $22,657.42 |
| **Attorneys' fees (through 3/2/11)** |  |  | **$6,260.50** |
| **Costs (through 12/15/10)** |  |  | **$618.00** |
|  |  | **TOTAL:** | **$29,535.92** |

IT IS SO ORDERED, that Judgment be entered totaling $29,535.92. Post-Judgment interest shall accrue at the rate of 5% per annum on contributions ($18,047.89), and at the legal rate on the other amounts due ($11,488.03) from January 26, 2011 to date of satisfaction of Judgment.

-3-
[PROPOSED] JUDGMENT
Case No.: C10-3515 SI

P:\CLIENTS\FLRCL\Vanderhave Flooring\Pleadings\Motion for Default Judgment\C10-3515 SI - Proposed Judgment 031111.DOC

1  It is further ordered that Defendants provide their reports to Plaintiffs Trust Funds for the period of September 2009, and April 2010 through December 2010, within 15 days of the date of entry of this Judgment.

It is further ORDERED that Plaintiffs be awarded additional attorneys' fees and costs they incur relating to the collection of amounts owed pursuant to this Judgment. Plaintiffs may submit additional declarations to the Court relative to such amounts claimed due.

It is further ORDERED that the Court shall retain jurisdiction over this matter.

Dated: __4/15/11_____  _____
THE HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

-4-
**[PROPOSED] JUDGMENT**
Case No.: C10-3515 SI